■ In the Matter of JOSEPHINE DE LORENZO, as Executrix of NUNZIATA CAPUTO, Deceased, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order of the Supreme Court, Kings County, dated May 14, 1969 affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice Wegman at Special Term (59 Misc 2d 691). Brennan, Acting P. J., Rabin, Hopkins, Martuscello and Kleinfeld, JJ., concur.

■ In the Matter of MALE CHILD WILKOV, Also Known as GARY A. WILKOV. DIANA CHRISTONIKOS, Appellant; KENNETH J. PATTERSON et al., Respondents.— In a contested adoption proceeding, the natural mother appeals an order of the Family Court, Suffolk County, dated December 17, 1968, which adjudged that she had abandoned her infant child, dismissed her application to compel the return of her child, dismissed her objection to the proposed adoption and directed the clerk of said court to proceed with the application for adoption. Order affirmed, without costs. The record discloses that the trial court erroneously concluded that the natural mother had spoken with a hospital social worker before surrendering her child, when in fact the social worker had spoken only with the mother of the natural mother, the child's grandmother, who was herself a social worker. It is our opinion that there was abundant evidence to support the finding of abandonment without reference to the disputed finding of fact (*Matter of Maxwell*, 4 N Y 2d 429). Beldock, P. J., Christ, Munder, Martuscello and Kleinfeld, JJ., concur.

■ JOHN MCGROARTY, Appellant, v. GREAT AMERICAN INSURANCE COMPANY, Respondent.— Appeal by plaintiff from an order of the Supreme Court, Westchester County, dated February 19, 1969 and entered February 28, 1969, which denied his motion (1) to dismiss the affirmative defenses contained in defendant's answer and (2) for summary judgment. Order modified, on the law, by adding thereto, immediately after the word " denied ", the following: " except that the motion is granted to the extent of striking out the ninth affirmative defense." As so modified, order affirmed, without costs. Respondent concedes in its brief that it does not now urge this defense. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.

■ LEO S. MEHLMAN, as Trustee in Bankruptcy of LOUIS DORFMAN, Bankrupt, Appellant, v. ABRAHAM H. SPILKY et al., Respondents. (Action No. 1.) WILLIAM S. BROWN, as Trustee in Bankruptcy of HERBERT A. WERNER, Bankrupt, Appellant, v. ABRAHAM H. SPILKY et al., Respondents. (Action No. 2.) — Judgment of the Supreme Court, Kings County, rendered January 29, 1968, affirmed, with costs. No opinion. Defendants' notice of cross appeal states that they appeal from the " portion of the judgment dismissing the counterclaims ". Said cross appeal is dismissed, without costs. The judgment makes no mention of a dismissal of the counterclaims. However, were we to consider defendants' contentions as to this on the merits, we would be inclined to affirm a dismissal of the counterclaims. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.